[No. 5613-5-II.   Division Two.   March 1, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. EDWARD
F. GOSSER, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Mason County, No. C–1003, Robert J. Doran, J., entered January 29, 1981. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Petrich, C.J., and Reed, J.

[Nos. 4072-7-II; 4230-4-II.   Division Two.   March 1, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. NELSON
DWIGHT MILLER, *Appellant.*

*In the Matter of the Personal Restraint of*
NELSON DWIGHT MILLER, *Petitioner.*

Appeal from a judgment of the Superior Court for Pierce County, No. 79-0-05412-2, Waldo F. Stone, J., entered April 16, 1979, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Petrich, C.J., concurred in by Petrie and Reed, JJ.

[No. 4764-4-III.   Division Three.   March 1, 1983.]

YOUA VANG, *as Guardian, Appellant,* v. ROSE
J. AYERS, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 81-2-01306-1, B. J. McLean, J. Pro Tem., entered August 21, 1981. *Affirmed* by unpublished per curiam opinion.